AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00033 |
| Brian Scott McGee, (DOB: ▇▇▇▇ ) | ) Assigned to: Judge Meriweather, Robin M. |
| Jeremy Christian Harrison, (DOB: ▇▇▇▇ ) | ) Assign Date: 2/8/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| Defendant(s) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

▇▇▇▇▇▇▇▇, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/08/2023

*Judge's signature*

City and state: Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*