# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00033 |
| Brian Scott McGee | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 2/8/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Brian Scott McGee                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __02/08/2023__

                                                     2023.02.08
                                                     12:37:23 -05'00'
                                                     *Issuing officer's signature*

City and state:  __Washington, D.C.__       Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/08/2023, and the person was arrested on *(date)* 02/09/2023
at *(city and state)* JEFFERSON CITY, MO.

Date: 02/09/2023
                                                     *Arresting officer's signature*

                                                     PATRICK T. CASEY - SPECIAL AGENT
                                                     *Printed name and title*