# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES** | : |
|  | : |
| v. | :    Cr. No. 23-mj-00033-01 (RMM) |
|  | : |
| **BRIAN SCOTT MCGEE** | : |
|  | : |

## NOTICE OF APPEARANCE

The clerk of the court will please note the appearance of the undersigned as local counsel on behalf of defendant Brian Scott McGee.

                                       Respectfully submitted,

                                       /s/

                                     Cheryl D. Stein #256693
                                     1824 N. Capitol Street, N.W. #1
                                     Washington, D.C.  20002
                                     (202) 388-4682 (tel.)
                                     (202) 393-4683 (fax)
                                     cdstein3@verizon.net