UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | : |  |
| **UNITED STATES** | : |  |
| v. | : | Cr. No. 23-mj-00033-01 (RMM) |
| **BRIAN SCOTT MCGEE** | : |  |
| _____ | : |  |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), undersigned counsel moves the court for an order granting admission *pro hac vice* to Daniel Joseph Dodson so that he may appear as lead counsel on behalf of defendant Brian Scott McGee. Attached to this motion is a declaration by Mr. Dodson which provides the information required by the Local Rules of this court and a certificate of good standing from the Supreme Court of Missouri.

Mr. Dodson acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct and agrees to be bound by the District of Columbia Rules of Professional Conduct if permitted to appear in this matter.

**WHEREFORE,** undersigned counsel prays that the court grant this motion and admit Daniel Joseph Dodson *pro hac vice* in this case. Mr. Dodson will enter his appearance as lead counsel on behalf of the defendant as soon as the court grants him leave to proceed. A proposed order is attached.

1

                Respectfully submitted,

                    /s/

                _____
                Cheryl D. Stein #256693
                1824 N. Capitol Street, N.W. #1
                Washington, D.C.  20002
                (202) 388-4682 (tel.)
                (202) 393-4683 (fax)
                cdstein3@verizon.net