IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:23-mj-00033-RMM-1 |
| ) | |
| BRIAN SCOTT McGEE, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF DANIEL JOSEPH DODSON
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Daniel Joseph Dodson, hereby declare:

1. My full name is Daniel Joseph Dodson.

2. My office address and telephone number are as follows: 212 Lafayette Street, Jefferson City, Missouri, 65101, 573-636-9222.

3. I have been admitted to the following courts and bars:

   a. Missouri State Bar, No. 37061, admitted November 1992;

   b. United States District Court for the Western District of Missouri, admitted 1993;

   c. United States Supreme Court, admitted 2006;

   d. United States Court of Appeals for the Eighth Circuit, admitted 2006;

   e. United States Court of Appeals for the Seventh Circuit, admitted 1993

4. I have not been disciplined by any court and am a member in good standing in all the referenced Courts.

5. I have not previously been admitted pro hac vice in this Court.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge and belief.

Dated: February 21, 2023

Respectfully submitted,

Daniel Joseph Dodson
DODSON & WATERS, LLC
212 Lafayette Street,
Jefferson City, Missouri. 65101
dd@dodsonwaters.com
573-636-9222
f 573-636-9288