# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES** | : |
| v. | :     Cr. No. 23-mj-00033-01 (RMM) |
| **BRIAN SCOTT MCGEE** | : |
|  | : |

## ORDER

Upon review of the *Motion for Admission of Attorney Pro Hac Vice,* good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the motion is granted. Daniel Joseph Dodson is granted leave to appear as lead counsel on behalf of the defendant.

_____
Magistrate Judge, U.S. District Court

Date: _____