UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-mj-33 |
| | : | |
| BRIAN SCOTT MCGEE and | : | |
| | : | |
| JEREMY CHRISTIAN HARRISON, | : | |
| | : | |
| Defendants. | : | |

### MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.  Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel has indicated that the defendant consents to this motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:       /s/
        Kathryn E. Fifield
        Trial Attorney
        U.S. Department of Justice, Crim. Div.
        Detailed to the D.C. U.S. Attorney's Office
        1301 New York Ave. NW
        Washington, D.C. 20530
        Kathryn.fifield@usdoj.gov
        (202) 320-0048

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21- mj-33 |
| : | |
| BRIAN SCOTT MCGEE and : | |
| : | |
| JEREMY CHRISTIAN HARRISON, : | |
| : | |
| Defendants. : | |

**ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.


Date: _____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE