UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 23-cr-96-01 (RDM) |
| | ) | |
| Brian McGee, *defendant.* | ) | |

ORDER

Upon good cause shown in the defendant's Unopposed Motion for Travel, the lack of opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of _____, 2023, that the defendant may travel to and from Germany for the purpose of an ill family member (brother), subject to providing the Pretrial Service Agency supervising officer (Citrus County), with satisfactory documentation of his travel arrangements, including but not limited to flights, hotel or other accommodations, and contact information, as needed, of family members whom he plans to visit.

_____
Hon. Randall D. Moss, District Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
6300 Orchid Drive
Bethesda, MD 20817-5614
By ECF

Kathryn Fifield, Esq..
U.S. Dept. of Justice (CRM)
By ECF