UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-96 |
| | : | |
| BRIAN SCOTT MCGEE | : | |
| | : | |
| and | : | |
| | : | |
| JEREMY CHRISTIAN HARRISON | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Melanie Krebs-Pilotti is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Melanie Krebs-Pilotti*
Melanie Krebs-Pilotti
Trial Attorney
U.S. Department of Justice
Antitrust Division
Detailed to the D.C. U.S. Attorney's Office
601 D St. N.W.
Washington, DC 20530
melanie.krebs-pilotti2@usdoj.gov
(202) 870-7457