UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 23-cr-96-01 (TJK) |
| | ) | |
| Brian McGee, *defendant* | ) | |

ORDER

Upon good cause shown in the defendant's Unopposed Motion to Vacate In-Person Sentencing and to Permit Hearing by Teleconference, the lack of opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, that defendant shall be permitted to appear remotely by teleconference for his sentencing on Oct. 13, 2023.

_____
Hon. Randolph D. Moss, District Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

    Melanie Kreb-Pilotti, Esq.
    DOJ-ATR
    . Attorney of Record
    (by ECF)