UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 23-cr-96 (RDM) |
| | ) | |
| Brian McGee, *defendant* | ) | |

UNOPPOSED  MOTION TO CONTINUE SENTENCING HEARING
AND TO ENLARGE TIME FOR FILING DEFENDANT'S SENTENCING MEMORANDUM

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, with no opposition from the United States, moves the Court to continue the sentencing hearing, set for 2:00 p.m. on October 16, 2023, at 2:00 p.m., and reschedule it, and to reschedule the filing of the defendant's sentencing memorandum, for the following reasons.

Defendant's counsel will begin a trial before Judge Dabney L. Friedrich on that day at 9:00 a.m., when jury selection commences.   He is therefore unavailable to represent the defendant for sentencing at the time the Court set in its minute Order of Sept. 29, 2023.

Further, codefendant Jeremy Christian Harrison has filed an unopposed motion to continue his sentencing hearing, which was joined with defendant's, in order to further prepare for sentencing, given the Government's recommendation of, in his case, sixty days of home confinement.  The same reason applies to the defendant, as the Government has recommended that he serve fourteen (14) days of intermittent confinement as a condition of a three (3) year probationary term.

The codefendant has requested a sixty-day continuance with which the defendant concurs.[1]

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Melanie Krebs-Pilotti, Esq., U.S. Dept. of Justice (ATR), attorney of record for the government in the instant case, and James T. Skuthan, Esq., this 8th day of October, 2023.

/s/

_____

*Nathan I. Silver, II*

---

[1] Counsel advises the Court that he is available without conflict from Dec. 8 through 20, 2023, for a rescheduled sentencing hearing.