UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America )<br>)<br>  v.                                        )<br>)<br>Brian McGee, *defendant*      ) | USDC No. 23-cr-96-01 (RDM) |

ORDER

Upon good cause shown in the defendant's Unopposed Motion to Continue Sentencing Hearing, with no opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of _____, 2023, that the sentencing hearing previously set for Oct. 16, 2023 at 2 o'clock p.m., is hereby continued to the _____ day of _____, 202___, at _____ a.m//p.m.., and it is further,

ORDERED, that defendant's sentencing memorandum shall be submitted on or before _____, 202___.


_____
Hon.  Randolph P. Moss, District Judge
United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
     6300 Orchid Drive
     Bethesda, MD 20817-5614
     By ECF

   Melanie Krebs-Pilotti, Esq..
   U.S. Dept. of Justice (ATR)
   450 Fifth Street, N.W., Suit 500
   Washington, D.C. 20530 (by ECF)