UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 23-cr-96 (RDM) |
| | ) | |
| Brian McGee, *defendant* | ) | |

AMENDED UNOPPOSED  MOTION TO RESCHEDULE SENTENCING HEARING AND TO ENLARGE TIME FOR FILING DEFENDANT'S SENTENCING MEMORANDUM

  Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, with no opposition from the United States, hereby amends his previously-filed Unopposed Motion to Continue Sentencing Hearing and to Enlarge Time for Filing Defendant's Sentencing Memorandum to move the Court to reschedule the sentencing hearing, set for 3:00 p.m. on November 27, 2023, to a date approximately 28 days from the date of this filing, for the following reasons.

  The Court previously granted defendant's and codefendant Jeremy Christian Harrison's unopposed motions to continue the sentencing (ECF Docs. 45 and 46, respectively).  Defendant's counsel was mistaken about the period of time the codefendant requested.  Codefendant Harrison requested a 28-day continuance; by mistake, the defendant requested 60 days.

  The defendant does not need more than a 28-day continuance. In the circumstances, the defendant moves the Court to continue the sentencing for roughly 28 days. The defendant advises that the Government will **not** be available the last two weeks of November and the first week of December, 2023.

The government and codefendant Harrison do not oppose this motion.[1]

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Melanie Krebs-Pilotti, Esq., U.S. Dept. of Justice (ATR), attorney of record for the government in the instant case, and James T. Skuthan, Esq., this 10th day of October, 2023.

/s/
_____
*Nathan I. Silver, II*

---

[1] Counsel advises the Court that he is **not** available on Nov. 14, 2023, at 2 o'clock p.m. (Zoom status hearing before Judge Kelly) and Nov. 17, 2023 at 1 o'clock p.m. (Zoom status or change of plea hearing before Judge Friedrich). Counsel is available without conflict during the week of Nov. 6 through 10.