UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v.  ) | USDC No. 23-cr-96-01 (RDM) |
| ) | USDC No. 230cr-96-02 (RDM) |
| ) | |
| Brian McGee, *defendant* ) | |
| Jeremy Christian Harrison, *defendant* ) | |

ORDER

Upon good cause shown in the defendant's Amended Unopposed Motion to Continue Sentencing Hearing, with no opposition from the United States or codefendant Harrison, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of _____, 2023, that the sentencing hearing previously set for Nov. 27, 2023 at 3 o'clock p.m., is hereby rescheduled by videoteleconference (Zoom) to the _____ day of _____, 202___, at _____ a.m//p.m.., and it is further,

ORDERED, that defendant's sentencing memorandum shall be submitted on or before November ____, 2023.

_____
Hon.  Randolph P. Moss, District Judge
United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

    Melanie Krebs-Pilotti, Esq..
    U.S. Dept. of Justice (ATR)
    450 Fifth Street, N.W., Suit 500
    Washington, D.C. 20530 (by ECF)

James Skuthan, Esq.
Attorney for codefendant Harrison
By ECF