# Exhibit

Letters in allocution:

Brian McGee (defendant)
Harold Letner
Steven J. Lammers
Jeff Branch

(redacted of addresses)

28 September 2023

Brian McGee

Dear Your Honor,

My name is Brian McGee, the man you are going to be sentencing on 13 October 2023 for "parading" in the US Capitol on 06 January 2021.

Please let me tell you a little about myself. I served in the US Military for 27½ years. In that time, there is not one piece of negative paperwork in my file. I finished either 1st or 2nd in each class I attended during my extensive training. I deployed 3 times in support of Operation Enduring Freedom/Operation Iraqi Freedom, twice overseas and once stateside.
I was also a Civil Service technician for 28½ years, finishing my career as an Airways Transportation Systems Specialist with the Federal Aviation Administration. At the time of my retirement, I had the most certifications in the shop, thereby, could work on more equipment than any other technician. As with my military career, there is not one piece of negative paperwork in my Civil Service file.
Around November of 2021, the FAA was made aware that I was under investigation for my role in the 06 January 2021 "Stop the Steal" rally, my workload was immediately removed, and I wasn't permitted to touch any of the equipment I have been trained to maintain. For the record, I loved my job and was basically forced into a retirement that I had no intention of entering for at least another 5 years.
The last negative interaction I had with law enforcement was 27 years ago, 1996, when a bad decision led to a DUI which I accept full responsibility for. The point I'm making here is that I'm a law-abiding citizen and have nothing but respect for Law Enforcement and the Rule of Law.

Your Honor, I'm a 61-year-old man with 56 years of documented service (Yes Sir, some of the time overlapped when I was a "dual status" technician} to this great country, and a virtually spotless record in regard to following the law.
I feel as though I have been more than punished by being forced out of my job over the 1 minute and 51 seconds that I spent inside of the U.S. Capitol, after walking past a group of 5 police officers who were oblivious to the line of people entering the building, and said nothing as to our entry (one officer actually fist bumped one of the protestors) and then through an open door. During the time inside the building, I didn't scream, holler, raise my flag or any other thing that could be construed as disrespectful.

In light of these facts, I would respectfully ask for leniency or an outright dismissal of the charges.

Very Respectfully,

Brian McGee

Harold Letner

To Whom It may concern.

I have known Brian McGee for at least 35 years, and have been enriched by that experience. He has been an example to my family of how a person should live, both through bad and good times, as we have seen him going through both.

In his personal life, he was raising his children at the same time we were raising ours, and they spent a lot of time together. He was both a leader, and example to all of them. All of them are grown now, and still have a good relationship with him and respect him. He always worked very hard to ensure they had all that was needed to stay healthy, well fed, and had the resources to succeed.

In his professional life, he spent the majority of his years serving our nation and community in the military and Civil Service. He spent several years in active duty and many more in the reserve forces. During his reserve service, and between his active service times, he worked for the military helping to keep our helicopter fleet safe and operational. Many people look back over their lives, and wonder if they have did enough to serve their families, communities, and Nation, Brian will never have to wonder.

Brian has been retired for some time now, and I believe he has done enough to deserve to be treated with the respect he has earned, and allowed to spend his time in freedom and to spend his remaining years surrounded by his family and friends.

Respectfully

Harold Letner

To Whom it Concern,                                                                                                  Aug 30,2023

My name is Steven Lammers MSG/USA Ret.  I am writing this letter to express to you who you may only know as Brian McGee. I know him as a friend, a teammate, and a Soldier. I met Brian McGee over 20 years ago as a new Soldier and to tell you the truth, I did not like him at first. He was a pain in the ass and we did not get along. The longer I got to know him and work with him, I began to understand him. I began to trust him and rely on him. We became friends and we are still friends. We deployed together to Kuwait and Iraq in 2003 and 2004. I knew that if anything happened while there, he would be by my side and me by his. Even to this day, I know that if I needed anything, he would give it to me. If I was in trouble, he would show up to help. These are the type of people he and I surrounded ourselves with, just good hometown country citizens doing their duty, serving their country.

I can tell you with complete certainty the Brian McGee has never lied to me. I remember to this day what he told me many years ago. He told me that when you lie, you must remember every detail about that lie for the rest of your life, but the truth is always the same story and easy to remember.  As a Soldier and a leader, he always cared more for his troops than he cared for himself. Regarding his work, it was always of the best quality and never needed to be rechecked. Brian McGee continually wanted to train his younger troops to be better and stronger, giving up his own personal time after work to help them.

What I am trying to sum up for you is Brian McGee is not a bad person at all. He is not part of any right-wing faction or group.  He is a father, a Soldier, a patriot and a good American. Does he believe strongly about many things, absolutely. As I'm sure you do and so do I.  We must feel strongly about our convictions and beliefs in order for things to be better for this country and in our own lives. There is no other way.

But is spending 1:51 seconds in the US capitol hallway deserving of any punishment? Most people would say no. I say no. Did some people that day do bad things, absolutely. Should they be punished, probably. Brian McGee is not one of them. If you want to get a perspective on this, it took you longer to read this letter than the amount of time he was in the hallway of the US capitol.

With all humility and sincerity, I ask you to dismiss his case, he is a good man.

Thank you for your time.

                                                                                    Steven J. Lammers

Dear Your Honor,

My name is Jeff Branch and I am a retired Federal Aviation Administration employee who served as the Columbia Missouri System Support Manager for the last two years of my career. Over the course of my 37-year federal, and navy, career I was both a co worker and a supervisor of Mr. Brian McGee. Working with, and supervising a person, gives one a unique opportunity to see different sides of people. I was able to see this with Mr. McGee.

We often use a lot of words to describe someone and for Brian this is true for me as well. Words I would use to describe Brian are Team Player, Loyal and Honorable.

As a member of my team in Columbia Brian was the ultimate Team Player. He took on every challenge that I sent his way with respect and hard work. When we took over new facilities, I assigned them to him and he accepted the challenge and organized and maintained them the way we expected in the Federal Aviation Admiration. Brian worked with other members of my team by constantly helping them maintain their facilities and equipment. When I was off work Brian served as the POC (Point of Contact) for the SSC on numerous occasions. When situations came up, he quite simply handled them in a professional manner and took care of business. I never had to worry about the office when he was serving as the POC.

Because Brian was such a good Team Member, he was also very Loyal to me and the rest of the team here in Columbia. Brian would often cover for others when they were not in the office and periodic maintenance was due on their equipment. During the COVID era working for the federal government, both as an employee and a manager, was very trying. Brian was always available and supportive no matter how crazy things got for my team.

The word I like best to describe Brian is Honorable.

Your Honor, please make no mistake, Brian and I didn't agree on every topic or feel the same way about every situation. I do not support or condone what happened that day. Once the FBI contacted me about the situation and I reported it up and the FAA leadership determined how we would handle the situation, Brian accepted the outcome with honor and an attitude you would hope for.

For me what sticks out most is how he felt like he let our team down. He told me he wanted to be the one to tell the guys what happened and what the FAA was doing. He also told me that he felt bad for the team because they all now had to step up and do his work for him because the FAA would not let him while there was an ongoing investigation.

Your Honor, Brian is a good person who has served his country and the citizens of this great nation for many years in both the military and as a civil servant. Bottom line, if I was asked to put together a team for the FAA to work in an SSC, I would ask Brian to be a part of that team.

Thank you

*Jeffrey H. Branch*

Jeffrey H. Branch

Retired Columbia Missouri System Support Manager