UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     CASE NO. 23-cr-96 (RDM) |
| v. | : |
| | : |
| BRIAN SCOTT MCGEE and | : |
| | : |
| JEREMY CHRISTIAN HARRISON, | : |
| | : |
| Defendants. | : |

### MOTION TO DISMISS COUNTS ONE, TWO, AND THREE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to dismiss Count One (18 U.S.C. § 1752(a)(1)), Count Two (18 U.S.C. § 1752(a)(2)), and Count Three (40 U.S.C. § 5104(e)(2)(D)) of the Information. The defendants in this case have pleaded guilty to Count Four (40 U.S.C. § 5104(e)(2)(G)) and were sentenced on November 8, 2023. The government is moving to dismiss Counts One, Two, and Three pursuant to the terms of the plea agreement.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Melanie Krebs-Pilotti*
Melanie Krebs-Pilotti
Antitrust Division, Trial Attorney
Detailed to USAO-DC
CA Bar No. 241484
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 202-870-7457
Email: melanie.krebs-pilotti2@usdoj.gov