UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 23-cr-96-01 (RDM) |
| | ) | |
| Brian McGee, *defendant* | ) | |

ORDER

Upon good cause shown in the defendant's Motion to Convert Intermittent Confinement to Home Detention and to Stay Defendant's Requirement to Report to Serve Intermittent Confinement, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, that the special condition of probation of seven (7) days of intermittent confinement shall be converted to thirty (30) days of home detention, and it is further

ORDERED, that the defendant shall not be required to report for incarceration, intermittent confinement or otherwise, until the Court has acted on the defendant's motion to convert the condition of intermittent confinement to home detention.

_____
Hon. Randolph D. Moss, District Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

   Melanie Kreb-Pilotti, Esq.
   DOJ-ATR
   . Attorney of Record
   (by ECF)