UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 23-cr-96-01 (RDM) |
| ) | |
| Brian McGee, *defendant.* ) | |

NOTICE

THE COURT WILL PLEASE NOTE that the defendant, through undersigned counsel Nathan I. Silver, II ("counsel"), hereby submits to the Court a letter (attached) from Kim Archer of the Laura Miller George Help Center, dated December 22, 2023 (1 page), confirming that he has performed sixty (60) hours of community service required as a condition of his probation.

The defendant also reports that he has paid in full the $500 of court-ordered, stipulated restitution and the $10 special assessment.

The defendant desires for the Court to have this information before it as it considers whether or not to grant the defendant's previously filed, pending motion (ECF Doc. 59) to amend his sentence from intermittent incarceration to home detention.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
(240) 441-1199 (cell)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this pleading has been served via ECF upon Melanie Krebs-Pilotti., Esq., attorney of record, U.S. Dept. of Justice-ATR, this 24th day of December, 2023.

/s/
_____
*Nathan I. Silver, II*