UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-96 (RDM) |
| | : | |
| BRIAN SCOTT MCGEE, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT ON IMPLEMENTATION OF DEFENDANT'S SEVEN-DAY PERIOD OF INTERMITTENT CONFINEMENT AS A CONDITION OF PROBATION**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Nathan Silver, counsel for Defendant Brian Scott McGee ("McGee"), respectfully submit this Joint Status Report on the government's efforts to implement the Court's original sentence in this case.

**PROCEDURAL POSTURE**

On June 23, 2023, McGee pleaded guilty to Count Four of the Information, charging him with a violation of 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building. ECF 31. On November 8, 2023, this Court sentenced McGee to a term of 36 months of probation and 7 days of intermittent confinement as a condition of probation. The U.S. Probation Office in Missouri later indicated that its administrative rules would not permit it to impose the 7-day period of intermittent incarceration, and McGee filed a motion to convert the intermittent confinement to home detention. ECF 59. The government requested additional time to work with U.S. Probation and implement the original sentence. ECF 60. On January 12, 2024, the parties filed a Joint Status Report updating the Court on the government's ongoing efforts to place McGee in a facility to serve the period of intermittent confinement. ECF 62. This Court ordered the parties to file an updated status report by January 26, 2024.

1

## STATUS UPDATE

In the period since the filing of the first status report, U.S. Probation has submitted the designation paperwork for McGee to the Federal Bureau of Prisons (BOP). USAO-DC is now waiting for BOP to make its facility designation determination for McGee. On January 26, 2024, BOP informed USAO-DC that it is awaiting a response from BOP's Special Programs Unit (SPU) to learn whether McGee can be placed in a local jail or residential re-entry center. BOP stated that a designation has not yet been made and advised USAO-DC to check back in one to three weeks' time. USAO-DC will submit a further status report within two weeks with respect to BOP's facility designation determination.

## CONCLUSION

The government has made significant efforts to assist U.S. Probation and BOP in implementing the 7-day period of intermittent confinement for McGee, and these efforts are ongoing. The government requests that the Court allow the government two additional weeks to ascertain if BOP will place McGee in a facility to serve the period of intermittent confinement. Defense counsel does not oppose the government's request.

Respectfully submitted,

For the Government:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  \_\_\_/s/_____
MELANIE KREBS-PILOTTI
Antitrust Division, Trial Attorney
Detailed to USAO-DC
CA Bar No. 241484
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 202-870-7457
Email: melanie.krebs-pilotti2@usdoj.gov


For the Defendant:

\_\_\_/s/_____
NATHAN I SILVER, II
Unified Bar # 944314
 6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com