UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 23-cr-96-01 (RDM) |
| Brian McGee, *defendant*. ) | Closed case |

MOTION FOR TRAVEL
AND FOR TEMPORARY RELEASE OF U.S. PASSPORT

Defendant, through undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit defendant's travel outside the continental United States on dates to be determined and to permit the temporary release of his U.S. Passport to effectuate such travel.

The defendant is on supervised probation for a period of thirty-six (36) months. . A standard condition is that travel outside the federal district in which he resides must be approved by the Court or by his probation officer. (Judgment in a Criminal Case, ECF Doc. 57, page 3, ¶4) The defendant wishes to travel to Germany to see his brother, who is dying from cancer. The defendant was previously permitted to travel there, specifically to see his gravely ill brother, while on pretrial release. He did so without incident. He has a temporary US probation officer, Dylan Nance, who has advised him to have his lawyer file a motion for travel even though the officer has the authority to permit travel. Counsel is therefore doing so at the defendant's request. The defendant will make arrangements for travel and provide this information to the satisfaction of U.S. Probation Officer Nance.

To date, no information has come to the attention of counsel or the defendant that he is not in compliance with his conditions of probation. Nor does it appear that the supervising

officer or his office opposes the defendant's travel, merely that it believes permission should come from the Court.

For the reasons stated above, the defendant urges the Court to permit the defendant's travel outside the continental United States, along with the temporary release to him of his U.S. Passport, so he may travel to and from Germany, subject to providing, to the satisfaction of his U.S. Probation supervising officer, documentation of his travel arrangements, accommodations, and contact information of family members whom he plans to visit.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Kathryn E. Fifield, Esq., USDOJ-CRM, and Melanie Krebs-Pilotti, Esq., attorneys of record for the United States, this 26th day of April, 2024.

/s/
_____
*Nathan I. Silver, II*